UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 29, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PARAMPREET SINGH

Defendant.

Case No. 2:21-cr-00078-JAM-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release PARAMPREET SINGH Case No. 2:21-cr-00078-JAM-01 Charges 21 USC § 846, 841(a)(1) from custody for the following reasons:

|   |   |
|---|---|
|   | Release on Personal Recognizance |
| X | Bail Posted in the Sum of $ 6,000,000.00 |
|   | Unsecured Appearance Bond $ |
|   | Appearance Bond with 10% Deposit |
| X | Appearance Bond with Surety as stated on the record in open court. |
|   | Corporate Surety Bail Bond |
| X | (Other): Pretrial release conditions as stated on the record in open court. Defendant is released to the Third Party Custody of Prabjhot Kahlon. Defendant is to report to Pretrial Services telephonically on the first working day following his release from custody. |

Issued at Sacramento, California on at 11:30 AM on April 29, 2021

Dated: April 29, 2021

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE