PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00078-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| PARAMPREET SINGH, RANVIR SINGH, and AMANDEEP MULTANI, | DATE: July 26, 2022 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on July 26, 2022.

2. By this stipulation, defendants now move to continue the status conference until **December 13, 2022**, **at 09:30 a.m**., and to exclude time between July 26, 2022, and December 13, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 5,321 pages of documents, as well as hundreds of audio recordings, video recordings, and the voluminous downloaded contents of a seized cell phone. Large portions of the discovery are in the Punjabi language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to review this voluminous discovery, to conduct independent factual investigation, to evaluate and conduct legal research regarding potential defenses and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 26, 2022 to December 13, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 15, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: July 15, 2022                /s/ DAVID A. TORRES
                                    DAVID A. TORRES
                                    Counsel for Defendant
                                    Parampreet Singh

Dated: July 15, 2022                /s/ DINA L. SANTOS
                                    DINA L. SANTOS
                                    Counsel for Defendant
                                    Ranvir Singh

Dated: July 15, 2022                /s/ N. ALLEN SAWYER
                                    N. ALLEN SAWYER
                                    Counsel for Defendant
                                    Amandeep Multani

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 18, 2022                /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE