**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
PARAMPREET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMPREET SINGH,<br><br>Defendant | Case No.: 2:21-cr-00078-JAM<br><br>**STIPULATION TO ALLOW INTERNATIONAL TRAVEL** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, THE HONORABLE KENDALL NEWMAN, MAGISTRATE; DAVID W. SPENCER, ASSISTANT UNITED STATES ATTORNEY, AND TO MARGARITA ZEPEDA, PRETRIAL SERVICES:

**IT IS HEREBY STIPULATED** between the parties below;

1. Defendant, PARAMPREET SINGH, be allowed to travel to, Rahon, Nawanshahr, Punjab, India to attend his father's Funeral. Mr. Singh's father died this past Saturday, January 14, 2023. (See, Exhibit A) The funeral will take place in Rahon, Nawanshahr, Punjab, India.

2. Mr. Parampreet Singh will depart from San Francisco International Airport on January 18 or 19, 2023. Upon arriving at his destination, Mr. Singh will stay in Mohalla

Rajputan, a small village with a post office in Rahon, Nawanshahr, Punjab, India. He will be traveling with his brother, Prabjot Singh. Defendant Singh's date of return is January 30, 2023.  Defendant Singh will have his cell phone available and will answer calls from the United States.

3. Mr. Singh's Pretrial Services Officer, Margarita Zepeda, has informed counsel that Peter Singh is compliant with his conditions of release and has not incurred any violations. He has submitted to drug testing as required, and all tests have been negative for any illegal substances. Additionally, Mr. Singh has provided updated financial statements as requested regarding his accounts' information, to monitor transactions associated with his business, per his conditions of release. There have been no issues with him during visitations.

4. The Government's agrees to enter this stipulation for the following reason, to wit, "[I]n light of the fact that Pretrial Services does not oppose this request, and that defendant's pretrial release is secured by a $6,000,000 secured bond, the United States does not object to the request."

**IT IS SO STIPULATED.**

DATED:  January 17, 2023        */s/ David A Torres*
                                DAVID A. TORRES
                                Attorney for Defendant
                                PARAMPREET SINGH

DATED:  January 17, 2023        */s/David Spencer*
                                DAVID SPENCER
                                ASSISTANT US ATTORNEY

# ORDER

**BASED UPON THE STIPULATION OF COUNSEL, IT IS SO ORDERED,** that defendant PARAMPREET SINGH's request for international travel be granted and he be allowed to travel to India to attend his father's funeral. He is to return on January 30, 2023, and at all times maintain contact with his Pretrial Services Officer, Margarita Zepeda. Moreover, Mr. Singh's passport is to be released forthwith to allow him to travel, and he is ordered to return said passport to Ms. Zepeda immediately upon returning to the United States of America.

Dated:  January 18, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE