PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARAMPREET SINGH, and<br>RANVIR SINGH,<br><br>Defendants. | CASE NO. 2:21-CR-0078-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER**<br><br>DATE: March 7, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on March 7, 2023.

2. By this stipulation, defendants now move to continue the status conference until **July 25, 2023**, **at 09:00 a.m.**, and to exclude time between March 7, 2023, and July 25, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 5,686 pages of documents, as well as hundreds of audio recordings, video recordings, and the voluminous downloaded contents of a seized cell phone. Large portions of the discovery are in the Punjabi language. Several hundred pages of new discovery

was produced on February 22, 2023.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review this voluminous discovery, including the new discovery from February 2023, to conduct independent factual investigation, to evaluate and conduct legal research regarding potential defenses and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

        c)      In addition, counsel for defendant Parampreet Singh is currently engaged in a multi-week homicide jury trial.

        d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The government does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 7, 2023 to July 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: March 2, 2023

/s/ DAVID A. TORRES
DAVID A. TORRES
Counsel for Defendant
Parampreet Singh

Dated: March 2, 2023

/s/ DINA L. SANTOS
DINA L. SANTOS
Counsel for Defendant
Ranvir Singh

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 3, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE