**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
**DAVID A. TORRES, SBN 135059**
**1318 K Street**
**Bakersfield, CA 93301**
Telephone:  661-326-0857
Fax: 661-326-0936

Email: *dtorres@lawtorres.com*

Attorney for Defendant, Parampreet Singh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.:  2:21-CR-0078-JAM 1** |
| Plaintiff, | **STIPULATION MODIFYING PRETRIAL RELEASE CONDITIONS; ORDER** |
| **vs.** | |
| **PARAMPREET SINGH,** | |
| Defendants. | |

**STIPULATION**

1. On April 4, 2021, the Court entered its order of Special Conditions of Pretrial Release. Special Order #16 provides, "You must not engage in any financial transactions in excess of $5,000 without the prior approval of the pretrial services officer."

2. According to Defendant Parampreet Singh, he is a Defendant in a pending action in Sacramento County Superior Court, Case #34-2021-00307325 entitled *Kiranjit Kaur et al. v. Harpreet Kaur and Parampreet Singh* ("Sacramento action").  Harpreet Kaur is the wife of Defendant Parampreet Singh. The litigation is regarding division of two companies in Sacramento, CA, namely PAYALL INVESTMENTS LLC and MIRAGE4U LLC.  Defendant states that Kiranjit Kaur and her husband Raja Singh own 68% of the two companies, and Harpreet Kaur owns a 32% interest in said companies.

Defendant states that, by virtue of the community property laws of the State of California, Defendant Parampreet Singh also owns his interest in the said 32% of the companies owned by his wife.

3. The parties desire to enter into settlement negotiations in the Sacramento action, which could result in agreements to engage in transactions in amounts of money that exceed $5,000. Defendant states that he has been heretofore restrained by Special Order #16. The Pretrial Services Officer has no objection to the request in this stipulation but has requested Defendant Parampreet Singh seek the Court's approval.

4. The Parties stipulate, agree, and respectfully request that the Court modify Special Condition #16 to state that the condition shall not apply to place any limitation on any of the following: the Defendant's right to defend the Sacramento action; Defendant's right to negotiate, execute, and carry out any agreement to settle the Sacramento action; and the Defendant's duty to comply with any order or judgment of the Superior Court.

**IT IS SO STIPULATED**

**DATED**: May 9, 2023,         **PHILLIP A. TALBERT**
                                **United States Attorney**


                                */s/ David W. Spencer*
                                **DAVID W. SPENCER**, Assistant United States Attorney

**DATED**: May 9, 2023,

                                */s/ David A. Torres*
                                **DAVID A. TORRES,** Attorney for Defendant Parampreet Singh

**ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, makes the following Orders:

1. Special Conditions of Pretrial Release, Special Condition #16 shall not apply to place any limitation on any of the following: the Defendant's right to defend the Sacramento action; the Defendant's right to negotiate, execute, and carry out any agreement to settle the Sacramento action; and the Defendant's duty to comply with any order or judgment of the Superior Court.

2. Except as modified herein, all other orders contained in the Special Conditions of Pretrial Release shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: May 10, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE