PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00078-JAM |
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| PARAMPREET SINGH, and RANVIR SINGH, | DATE: October 31, 2023<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on October 31, 2023.

2. By this stipulation, defendants now move to continue the status conference until **January 9, 2024, at 9:00 a.m.,** and to exclude time between October 31, 2023, and January 9, 2024, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 5,686 pages of documents, as well as hundreds of audio recordings, video recordings, and the voluminous downloaded contents of a seized cell phone. Large portions of the discovery are in the Punjabi language. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants desire additional time to review this voluminous discovery, to conduct independent factual investigation, to evaluate and conduct legal research regarding potential defenses and sentencing issues, to consult with their clients, and to otherwise prepare for trial.  In addition, counsel for defendant Ranvir Singh desires additional time to retain an expert to review certain portions of the discovery.

    c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 31, 2023 to January 9, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 26, 2023           PHILLIP A. TALBERT
                        United States Attorney

                        /s/ DAVID W. SPENCER
                        DAVID W. SPENCER
                        Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME    2
PERIODS UNDER SPEEDY TRIAL ACT

Dated: October 26, 2023				/s/ DAVID A. TORRES
						DAVID A. TORRES
						Counsel for Defendant
						Parampreet Singh

Dated: October 26, 2023				/s/ DINA L. SANTOS
						DINA L. SANTOS
						Counsel for Defendant
						Ranvir Singh

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: October 26, 2023				/s/ John A. Mendez
						THE HONORABLE JOHN A. MENDEZ
						SENIOR UNITED STATES DISTRICT JUDGE