JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
balazslaw@gmail.com

Attorney for Defendant
RANVIR SINGH

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARAMPREET SINGH, and<br>RANRIV SINGH,<br><br>Defendants. | No. 2:21-cr-00078-JAM<br><br>**SEALING ORDER (ECF No. 142)** |

Upon application of the defendant Ranvir Singh, through counsel, and good cause being shown as set forth in defendant's notice and request to seal,

IT IS HEREBY ORDERD that the Declaration of attorney Dins Santos in support of defendants' motion to continue at ECF No. 141 shall be **SEALED** until further order of the court.

Dated: August 09, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE