DINA SANTOS, Bar # 170313
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PARAMPREET SINGH; RANVIR SINGH, <br><br> Defendants. | Case No. 2:21-cr-00078-JAM <br><br> **STIPULATION AND ORDER** <br><br> TCH/Motion Hearing: <br> Date: December 10, 2024 <br> Time: 9:00 a.m. <br> Hon. John A. Mendez |

Defendants Parampreet Singh and Ranvir Singh, through their respective attorneys, and Plaintiff United States, through its counsel, hereby stipulate and agree that the current trial confirmation and motion hearing date of August 20, 2024 and jury trial date of September 16, 2024 should be vacated and that a new

1

trial confirmation and motion hearing date of December 10, 2024, at 9:00 a.m. and jury trial of January 27, 2025, at 9:00 a.m. should be set.

The reasons for this request are set forth in the defendants' joint motion to continue filed at ECF No. 141, including the sealed declaration of counsel Dina Santos.  The government does not oppose this motion to continue for the reasons set forth in its non-opposition at ECF No. 147.  The parties request that the Court make the findings set forth in the attached proposed order.

The parties further stipulate and request that the Court set the following pretrial motions and disclosure deadlines:

1. By September 24, 2024, all Rule 12 and other pre-trial non-*in-limine* motions shall be filed by the defendants, including any discovery motions;
2. By October 8, 2024, the United States shall respond to any motions;
3. By October 15, 2024, the defendants shall file any replies;
4. On November 5, 2024, the parties shall appear for a hearing on any pending motions; and
5. By December 17, 2024, all expert notice required under Rule 16 shall be completed by both parties.

The parties may seek to amend this schedule upon good cause.

Dated:  August 16, 2024

Respectfully submitted,

/s/ Dina L. Santos
DINA L. SANTOS

/s/ John Balazs
JOHN BALAZS
Attorneys for Defendant
RANVIR SINGH

2

Dated:  August 16, 2024

<u>/s/ David A. Torres</u>
DAVID A. TORRES

<u>/s/ Brian L. Getz</u>
BRIAN L. GETZ

Attorneys for Defendant
PARAMPREET SINGH

PHILLIP TALBERT
U.S. Attorney

Dated: August 16, 2024

<u>/s/ David Spencer</u>
DAVID SPENCER

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## ORDER

Based on the representations of counsel, the defendants' joint motion to continue at ECF no. 144 and supporting declarations and exhibits, and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The trial confirmation and motion hearing set for August 20, 2024, at 9:00 a.m. and the jury trial set for September 16, 2024, at 9:00 a.m. is hereby **VACATED**;

2. A new trial confirmation and motion hearing is **SET** for **December 10, 2024, at 9:00 a.m.** and a new jury trial is **SET** for **January 27, 2025, at 9:00 a.m.**

3. The Court further sets the following deadlines and hearing date:
   a. By **September 24, 2024**, all Rule 12 and other pre-trial non-*in-limine* motions shall be filed by the defendants, including any discovery motions;
   b. **By October 08, 2024**, the United States shall respond to any motions;
   c. **By October 15, 2024**, the defendants shall file any replies;
   d. **On November 5, 2024, at 9:00 a.m.**, the parties shall appear for a hearing on any pending motions; and
   e. **By December 17, 2024**, all expert notice required under Rule 16 shall be completed by both parties.

4. Based upon the representations of counsel, motion to continue, and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the requested continuance is needed for defense preparation and this case is complex in light of the voluminous discovery and the amount of charged activity occurring in Canada. Accordingly,

time under the Speedy Trial Act shall be **EXCLUDED** from today's date through January 27, 2025, pursuant to 18 U.S.C. § 3161(h)(&)(A), (B)(ii) (local code T2) and (B)(iv) (local code T4).

    IT IS SO ORDERED.

Dated: August 16, 2024      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE