DINA SANTOS, Bar # 170313
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PARAMPREET SINGH and RANVIR SINGH, <br><br> Defendants. | Case No. 2:21-cr-00078-JAM <br><br> **STIPULATION AND ORDER MODIFYING MOTIONS BRIEFING SCHEDULE** <br><br> Motion Hearing: <br> Date:  November 5, 2024 <br> Time: 9:00 a.m. <br> Hon. John A. Mendez |

Defendants Parampreet Singh and Ranvir Singh, through their respective attorneys, and Plaintiff United States, through its counsel, hereby stipulate and request that the Court continue the motions schedule by one week with the motion hearing date remaining the same as follows:

  Defendants' motions due:    **October 1, 2024**

| | |
|---|---|
| Government's response due: | **October 15, 2024** |
| Defendants' reply brief due: | **October 22, 2024** |
| Motion hearing date: | **November 5, 2024, at 9:00 a.m.** |

The reason for this request is that all defense counsel need additional time to consult with their clients and prepare motions. Time under the Speedy Trial Act shall continue to be excluded through the January 27, 2025 trial date, pursuant to 18 U.S.C. § 3161(h)(&)(A), (B)(ii) (local code T2) and (B)(iv) (local code T4).

Dated:  September 18, 2024

Respectfully submitted,

/s/ Dina L. Santos
DINA L. SANTOS

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
RANVIR SINGH

Dated:  September 18, 2024

/s/ David A. Torres
DAVID A. TORRES

/s/ Brian L. Getz
BRIAN L. GETZ

Attorneys for Defendant
PARAMPREET SINGH

PHILLIP TALBERT
U.S. Attorney

/s/ David Spencer
DAVID SPENCER

Dated: September 18, 2024

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated: September 19, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE