PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-cr-00078-JAM |
|---|---|
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| v. | |
| PARAMPREET SINGH, and RANVIR SINGH, | |
| Defendants. | |

Upon application of the government, and good cause being shown as set set forth in defendant's notice and request to seal (ECF 165),

IT IS HEREBY ORDERED that Exhibits 1-8 to the government's Opposition to the Defendants' Motion to Dismiss (ECF 164) shall be **SEALED** until further order of the Court.

Dated: October 17, 2024         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE