DINA SANTOS, Bar # 170313
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PARAMPREET SINGH; RANVIR SINGH, <br><br> Defendants. | Case No. 2:21-CR-0078-JAM <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Motion Hearing: <br> Date:  November 12, 2024 <br> Time: 2:00 p.m. <br> Hon. Allison Claire |

Defendants Parampreet Singh and Ranvir Singh, through their respective attorneys, and Plaintiff United States, through its counsel, hereby stipulate and request that the Court continue the hearing on defendants' discovery motion by one week from November 5, 2024 to November 12, 2024, at 2 p.m.

1

The reason for this request is that counsel had noticed the motion for November 5 so that it would be on the same day as the district court's motion hearing in the district court. Since then the district court on its own continued its motion hearing from November 5 to November 12, 2024. Defense counsel requests to move back the discovery hearing one week so all motions will be heard on the same day.

Dated:  October 21, 2024

Respectfully submitted,

/s/ Dina L. Santos
DINA L. SANTOS

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
RANVIR SINGH

Dated:  October 21, 2024

/s/ David A. Torres
DAVID A. TORRES

/s/ Brian L. Getz
BRIAN L. GETZ

Attorneys for Defendant
PARAMPREET SINGH

PHILLIP TALBERT
U.S. Attorney

/s/ David Spencer
DAVID SPENCER

Dated: October 21, 2024

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## ORDER

IT IS SO ORDERED that the hearing on defendants' discovery motion be continued from November 5, 2024 to November 12, 2024, at 2 p.m.

Dated: October 21, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE