DINA SANTOS, Bar # 170313
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMPREET SINGH; RANVIR SINGH,<br><br>Defendants. | Case No. 2:21-cr-00078-JAM<br><br>**STIPULATION AND ORDER**<br><br>Motion Hearing:<br>Date:  November 12, 2024<br>Time: 9:00 a.m.<br>Hon. John A. Mendez |

Defendants Parampreet Singh and Ranvir Singh, through their respective attorneys, and Plaintiff United States, through its counsel, hereby stipulate and request that the Court continue the due date for defendants' reply to the government's opposition to their motion to dismiss from October 22, 2024, to **October 25, 2024**.

1

The reason for this request is that counsel needs additional time to review discovery, research, and draft the reply brief.

Dated: October 21, 2024

Respectfully submitted,

/s/ Dina L. Santos
DINA L. SANTOS

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
RANVIR SINGH

Dated: October 21, 2024

/s/ David A. Torres
DAVID A. TORRES

/s/ Brian L. Getz
BRIAN L. GETZ

Attorneys for Defendant
PARAMPREET SINGH

PHILLIP TALBERT
U.S. Attorney

/s/ David Spencer
DAVID SPENCER

Dated: October 21, 2024

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**ORDER**

IT IS SO ORDERED.

Dated: October 23, 2024    /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE