DINA SANTOS, Bar # 170313
Dina L. Santos, A Professional Law Corp.
455 Capital Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
defense@dinasantos-.com

JOHN BALAZS, Bar # 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
balazslaw@gmail.com

Attorneys for Defendant
RANVIR SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMPREET SINGH; RANVIR SINGH,<br><br>Defendants. | Case No. 2:21-cr-00078-JAM<br><br>**STIPULATION AND ORDER**<br><br><u>Trial Confirmation Hearing</u><br>Date: January 21, 2025<br>Time: 9:00 a.m.<br>Hon. John A. Mendez |

Defendants Parampreet Singh and Ranvir Singh, through their respective attorneys, and Plaintiff United States, through its counsel, hereby stipulate and agree that the current trial confirmation date of December 17, 2024, and jury trial date of January 27, 2025 should be vacated and that new dates for the trial

1

confirmation hearing of **January 21, 2025, at 9:00 a.m.** and jury trial of **March 10, 2025, at 9:00 a.m.** should be set.

Defendants Parampreet Singh and Ranvir Singh request this continuance to have time to review recent discovery.  First, on December 6, 2024, the government advised the defense that it had recently received and would provide in discovery the complete file of the Canadian York Regional Police from its investigation in this case.   Given the volume of discovery, the government requested the defense provide an external hard drive containing at least 500 GB of free space to obtain the discovery.  Both defendants' counsel have provided the government with the appropriate hard drives and are in the process of obtaining this discovery.

Second, in response to the defendants' request for copies of all extractions from digital devices seized in this case, the government noted in its response that all of these extractions are available for defense counsel for inspection/review at agency offices.  ECF No. 163, at 8-9.  In addition, the government is loading extractions from cell phones seized at defendant Multani's residence onto hard drives, which the government expects to provide to defense counsel next week. The government has advised that the remaining device extractions/images remain available for review upon request because the volume is too large to download onto hard drives.

Given the volume of this discovery, the government does not oppose this request for a continuance.  The parties request that the Court make the findings set forth in the attached proposed order.

The parties further stipulate and request that the deadline for all expert notice required under Rule 16 by all parties shall be continued from December 17, 2024 to January 28, 2025.

Dated:  December 13, 2024              Respectfully submitted,

                                        /s/ Dina L. Santos  
                                        DINA L. SANTOS

                                        /s/ John Balazs  
                                        JOHN BALAZS  
                                        Attorneys for Defendant  
                                        RANVIR SINGH

Dated:  December 13, 2024

                                        /s/ David A. Torres  
                                        DAVID A. TORRES

                                        /s/ Brian L. Getz  
                                        BRIAN L. GETZ

                                        Attorneys for Defendant  
                                        PARAMPREET SINGH

                                        PHILLIP TALBERT  
                                        U.S. Attorney

Dated: December 13, 2024

                                        /s/ David Spencer  
                                        DAVID SPENCER

                                        Attorneys for Plaintiff  
                                        UNITED STATES OF AMERICA

# ORDER

Based on the representations of counsel, IT IS HEREBY ORDERED that:

1. The trial confirmation hearing set for December 17, 2024, at 9:00 a.m. and the jury trial set for January 27, 2025, at 9:00 a.m. is hereby vacated;

2. A new trial confirmation hearing is set for **January 21, 2025, at 9:00 a.m.** and a new jury trial is set for **March 10, 2025, at 9:00 a.m.**

3. The Court further continues the deadline for all expert notice required under Rule 16 by all parties to January 28, 2025.

4. Based upon the representations of counsel and stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the requested continuance is needed for defense preparation and this case is complex in light of the voluminous discovery and the amount of charged activity occurring in Canada.  Accordingly, time under the Speedy Trial Act shall be excluded from today's date through March 10, 2025, pursuant to 18 U.S.C. § 3161(h)(&)(A), (B)(ii) (local code T2) and (B)(iv) (local code T4).

IT IS SO ORDERED.

Dated: December 13, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE