**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

**LAW OFFICE OF BRIAN H. GETZ**
Brian H. Getz, SBN85593
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Tel: 415-912-5886
Email: bhgetz@pacbell.net

Attorneys for:
PARAMPREET SINGH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARAMPREET SINGH,<br><br>Defendants. | Case No. **2:21-CR-00078-JAM-1**<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE** |

TO: THE HONORABLE MAGISTRATE JUDGE, THE CLERK OF THE UNITED STATES

DISTRICT COURT, AND DAVID SPENCER ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMPREET SINGH, by and through his attorney of record, DAVID A. TORRES and BRIAN H. GETZ, and at the request of Pretrial Services, hereby moves that the court remove the submission to drug testing as part of his special conditions of release.

It is stipulated between all counsel and Pretrial Service Officer Monica Bentley, that

1

1  Parampreet Singh be relieved from submitting to drug testing. All prior orders and conditions are
2  to remain in full force and effect.
3  //
4  //

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: January 28, 2025                    */s/ David A Torres*
                                           DAVID A. TORRES
                                           Attorney for Defendant
                                           PARAMPREET SINGH

DATED: January 28, 2024                    */s/: Brian H. Getz*
                                           BRIAN H. GETZ
                                           Attorney for Defendant
                                           PARAMPREET SINGH

DATED: January 28, 2025                    */s/David Spencer*
                                           DAVID SPENCER
                                           Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that Parampreet Singh's Pretrial Supervision be amended and his drug testing condition be removed. Mr. Singh must abide by all other conditions of his release.

DATED: January 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE