ERIC GRANT
United States Attorney
DAVID W. SPENCER
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARAMPREET SINGH,<br><br>Defendant. | 2:21-cr-00078-JAM-1<br><br>**APPLICATION AND ORDER FOR MONEY JUDGMENT** |

On or about September 9, 2025, defendant Parampreet Singh entered a guilty plea to conspiracy to distribute and to possess with intent to distribute cocaine, heroin, opium, and ketamine in violation of 21 U.S.C. §§ 846 and 841(a)(1) (Count One), as charged in the Indictment.

As part of his plea agreement with the United States, defendant Parampreet Singh agreed to forfeit voluntarily and immediately $2,000,000.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of violations of 21 U.S.C. §§ 846 and 841(a)(1) to which he has pled guilty. See Defendant Singh's Plea Agreement ¶ II.E. Plaintiff hereby applies for entry of a money judgment as follows:

1.      Pursuant to 21 U.S.C. § 853(a) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Parampreet Singh in the amount of $2,000,000.00.

2.  The above-referenced personal forfeiture money judgment is imposed based on defendant Parampreet Singh's convictions for violating 21 U.S.C. §§ 846 and 841(a)(1) (Count One). Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Payment is due within 30 days of sentencing. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  10/15/2025

ERIC GRANT
United States Attorney

 /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

# **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Parampreet Singh in the amount of **$2,000,000.00**. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. **Payment is due within thirty (30) days of sentencing**.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: October 22, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE