**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
PARAMPREET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PARAMPREET SINGH,<br><br>　　　　Defendant | Case No.: 2:21-cr-00078-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JOHN A. MENDEZ AND DAVID SPENCER, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, PARAMPREET SINGH, by and through his attorney of record, DAVID A. TORRES and BRIAN H. GETZ, hereby requesting that the sentencing hearing currently set for Tuesday, January 27, 2026, at 9:00 a.m. (See ECF Doc. 203) be continued to Tuesday, May 5, 2026, at 9:00 a.m.

Counsel is requesting this continuance to allow sufficient time to prepare informal objections as well as prepare a sentencing memorandum on behalf of Mr. Singh. I have spoken to AUSA David Spencer and he has no objection to continuing the sentencing hearing.

The following proposed sentencing schedule is offered:

- <u>Judgement and Sentencing Date</u>: **May 5, 2026, at 09:00 a.m.**

- <u>Reply Deadline Date</u>: **April 28, 2026**

- <u>Motion for Correction Deadline Date:</u> **April 21, 2026**
- <u>PSR Filing Deadline Date:</u> **April 14, 2026**
- <u>Written Objections Due Date:</u> **April 07, 2026**

//

//

//

**IT IS SO STIPULATED.**

                                                           Respectfully Submitted,

DATED: December 23, 2025                      ***/s/ David A. Torres***
                                                           DAVID A. TORRES
                                                           Attorney for Defendant
                                                           PARAMPREET SINGH

DATED: December 23, 2025                      ***/s/: Brian H. Getz***
                                                           BRIAN H. GETZ
                                                           Attorney for Defendant
                                                           PARAMPREET SINGH

DATED: December 23, 2025                      ***/s/David Spencer***
                                                           DAVID SPENCER
                                                           Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the sentencing hearing currently set for Tuesday, January 27, 2026, at 9:00 a.m., be **CONTINUED** to **Tuesday, May 05, 2026, at 9:00a.m.**

The PSR schedule shall be **MODIFIED** as set forth above.

Dated: December 23, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE