**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
PARAMPREET SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

  vs.

PARAMPREET SINGH,

   Defendant

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:21-cr-00078-JAM-1

**SECOND STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JOHN A. MENDEZ; AND DAVID SPENCER, ASSISTANT UNITED STATES ATTORNEY:

  **COMES NOW** Defendant, PARAMPREET SINGH, by and through his attorney of record, DAVID A. TORRES, hereby requesting that the sentencing hearing currently set for Tuesday, May 5, 2026, at 9:00 a.m. (See ECF Doc. 288) be continued to Tuesday, August 11, 2026, at 9:00 a.m.

 Defense counsel is requesting this continuance of the sentencing for the following reasons. Counsel has been preparing a mitigation packet on behalf of Mr. Singh which includes a video, character letters, and other items relevant to the sentencing. In addition, the defense is working with close friends and family members of Mr. Singh to secure a large payment towards the

personal forfeiture money judgement in the amount of $2,000,000 prior to sentencing. The defense needs additional time to secure these items.

AUSA David Spencer has no objection to continuing the sentencing hearing.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: April 20, 2026

*/s/ David Torres*
DAVID TORRES
Attorney for Defendant
PARAMPREET SINGH

DATED: April 20, 2026

*/s/ David Spencer*
DAVID SPENCER
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the sentencing hearing currently set for Tuesday, May 05, 2026, at 9:00 a.m., be **CONTINUED** to **Tuesday, August 11, 2026, at 9:00 a.m.**

Dated: April 20, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE