**TORRES | TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
PARAMPREET SINGH

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21-cr-00078-JAM-1 |
| Plaintiff, | ) **REQUEST AND ORDER TO RECONVEY** |
| vs. | ) **REAL PROPERTY (ECF No. 306)** |
| PARAMPREET SINGH, | ) |
| Defendant | ) |

COMES NOW defendant, PARAMPREET SINGH, by and through his counsel, David A. Torres, hereby requests that bond be exonerated in this matter and that real property posted as security for bail be reconveyed.

The following property was posted as security for bail for the full property bond at the Recorders Office of the Contra Costa County, State of California:

APN:              208-210-010-4
**Deed:**         **2021-0118225**
Date of Deed:     04/20/2021
Name of Trustor:  Harmanjeet Singh Sandawalia
Payment Amount:   Full Equity

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on May 29, 2026, at Bakersfield, California.

Respectfully Submitted,

/s/ *David A Torres*
DAVID A. TORRES
Attorney for Defendant
Parampreet Singh

**TORRES|TORRES STALLINGS**
**A LAW CORPORATION**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: dtorres@lawtorres.com

Attorney for:
Parampreet Singh

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:21-cr-00078-JAM-1 |
| Plaintiff, | ) **ORDER RECONVEYING PROPERTY** |
| vs. | ) |
| PARAMPREET SINGH | ) |
| Defendant | ) |

Upon request of the defendant, and good cause appearing,

**IT IS HEREBY ORDERED** that the property bond below posted as collateral be

**EXONERATED**:

| | |
|---|---|
| APN: | 208-210-010-4 |
| Deed: | 2021-0118225 |
| Date of Deed: | 04/20/21 |
| Name of Trustor: | Harmanjeet Singh Sandawalia |
| Payment Amount: | Full Equity |

Dated: July 06, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE