ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PARAMPREET SINGH,<br>Defendant. | CASE NO. 2:21-cr-00078-JAM-1<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING** |

**STIPULATION**

1. Plaintiff United States, through its counsel, and Defendant Parampreet Singh, through counsel, hereby stipulate and request that the Court continue the Judgment & Sentencing hearing to October 6, 2026, based on the following:

2. By previous order, Judgment & Sentencing was set for September 8, 2026.

3. Based on a September 8 sentencing date, formal objections to the presentence report ("PSR") were due by August 25, 2026. *See* L.R. 461(d).

4. On September 1, 2026, defendant filed formal objections to the PSR. *See* ECF 333. The government needs time to file a response.

5. Accordingly, the parties jointly request that Judgment & Sentencing be continued to October 6, 2026. The parties further agree that the government's response to defendant's formal objections to the PSR (ECF 333) shall be due no later than September 29, 2026.

IT IS SO STIPULATED.

Dated: September 2, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: September 2, 2026

/s/ DAVID A. TORRES
DAVID A. TORRES
BRIAN H. GETZ
Counsel for Defendant
Parampreet Singh

**ORDER**

Based on the stipulation of the parties, the Judgment and Sentencing hearing currently scheduled for September 08, 2026, is hereby **CONTINUED** to **October 06, 2026, at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: September 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE