**TORRES | TORRES STALLINGS**
**A LAWCORPORATION**
David Torres, SBN 135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for
PARAMPREET SINGH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PARAMPREET SINGH,<br><br>Defendant | Case No.: 2:21-CR-00078 JAM-1<br><br>**STIPULATION AND ORDER TO RELEASE U.S. PASSPORT TO SARAJ KAHLON** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE CAROLYN K. DELANEY; AND DAVID SPENCER AND KEVIN KASHIGIAN, ASSISTANT UNITED STATES ATTORNEYS:

**COMES NOW** Defendant, PARAMPREET SINGH, by and through his attorney of record, DAVID A. TORRES, hereby requesting the Court release Mr. Singh's U.S. passport to Saraj Kahlon.

Defense counsel is requesting Mr. Singh's U.S. passport be released forthwith for the following reason. Mr. Singh's family has a court hearing in India at the end of September of which Mr. Singh's wife and attorney are expected to appear on Mr. Singh's behalf. The purpose of this hearing is to facilitate the transfer of property bequeathed to Mr. Singh by his father and to establish Mr. Singh has not traveled to India in more than two years. In addition, Mr. Singh is

currently in federal custody in connection with this matter and is awaiting sentencing. Furthermore, AUSA David Spencer has no objection to release the U.S. passport to Saraj Kahlon.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: September 8, 2026

***/s/ David Torres***
DAVID TORRES
Attorney for Defendant
PARAMPREET SINGH

DATED: September 8, 2026

***/s/ David Spencer***
DAVID SPENCER
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that Mr. Singh's U.S. passport be released to Saraj Kahlon.

Dated: September 11, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE